FILED
CLERK, U.S. DISTRICT COURT
9/21/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HERBERT REDHOLTZ,<br> aka "badherb51@hotmail.com,"<br><br>  Defendant. | CR 2:22-cr-00433-MCS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution and Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about April 5, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant HERBERT REDHOLTZ, also known as "badherb51@hotmail.com," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant REDHOLTZ distributed consisted of the video file titled, "! 0 lucy.1.WMV."

COUNT TWO

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about November 27, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant HERBERT REDHOLTZ, also known as "badherb51@hotmail.com," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant REDHOLTZ distributed consisted of the video file titled, "- 9 anos tentando sentar(1).avi."

## COUNT THREE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about October 1, 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant HERBERT REDHOLTZ, also known as "badherb51@hotmail.com," knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

The child pornography that defendant REDHOLTZ received consisted of the video file titled, "!-NEW-!-2007-Nata-Cumshot-(short but cute).avi."

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about October 31, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant HERBERT REDHOLTZ, also known as "badherb51@hotmail.com," knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed and, using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that images were child pornography.

The child pornography that defendant REDHOLTZ received consisted of the video file titled, "- 4yo girl sucks and eats cum pedo r@ygold hussyfan-76EP220O.mpg."

||  |
|---:|:---|
| 1 | COUNT FIVE |
| 2 | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)] |
| 3 | On or about March 17, 2015, in Los Angeles County, within the |
| 4 | Central District of California, and elsewhere, defendant HERBERT |
| 5 | REDHOLTZ, also known as "badherb51@hotmail.com," knowingly possessed |
| 6 | a Microsoft Hotmail email account with the user name "herb upskirt," |
| 7 | and the email address "badherb51@hotmail.com," which contained child |
| 8 | pornography, as defined in Title 18, United States Code, Section |
| 9 | 2256(8)(A), involving a prepubescent minor and a minor who had not |
| 10 | attained 12 years of age, that had been mailed and shipped and |
| 11 | transported using any means and facility of interstate and foreign |
| 12 | commerce, and in and affecting interstate and foreign commerce by any |
| 13 | means, including by computer, knowing that the images and videos were |
| 14 | child pornography. |
| 15 | // |
| 16 | // |
| 17 | // |
| 18 | // |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

The child pornography that defendant REDHOLTZ possessed on his Microsoft Hotmail email account with the user name "herb upskirt," and email address "badherb51@hotmail.com," consisted of the following video files:

1. "_Pthc_7Yo_Amber_-_Bondage.wmv"; and
2. "(Pc)_Laurie_-_cum_.wmv."

                                              A TRUE BILL

                                              /S/
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

AMANDA B. ELBOGEN
Assistant United States Attorney
General Crimes Section